

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

.The offense is the possession of whiskey upon which no tax had been paid; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawfully carrying a pistol; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**Earnest Edwin HYATT, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27566.

Court of Criminal Appeals of Texas.

April 27, 1955.

**Henry BUSTILLOS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27574.

Court of Criminal Appeals of Texas.

April 27, 1955.

